IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

LIJKEL DIJKSTRA, INDIVIDUALLY,
AND ON BEHALF OF OTHER
SIMILARLY SITUATED INDIVIDUALS,     Civil Action No. 5:11-CV-00152

Plaintiff,

v.

HARRY J. CARENBAUER, *et al.*,

Defendants.

## ORDER ON MOTION TO EXTEND DISCOVERY

THIS DAY came before the Court the Motion of Defendants Home Loan Center, Inc., dba Lending Tree Loans ("HLC"), HLC Escrow and Harry J. Carenbauer, and Plaintiff Lijkel Dijkstra, for an Order extending the discovery schedule. The Court, having considered such Motion, is of the opinion that it is well-taken, that good cause has been shown, and that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the following changes to the current deadlines be applied to the Scheduling Order (Dkt. Nos. 131, 137, 139, 143):

| Event | Revised Deadline |
| --- | --- |
| Close of Class and Individual Related Discovery | September 6, 2013 |

THE CLERK is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

ENTERED this the **3rd** day of ~~July~~ **September**, 2013.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE