IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

**LIJKEL DIJKSTRA, individually,**
**and on behalf of other similarly situated**
**individuals,**

    **Plaintiff,**

v.

**HARRY J. CARENBAUER; HOME LOAN**
**CENTER, dba LENDINGTREE LOANS;**
**HLC ESCROW; LENDERS FIRST CHOICE;**
**ENCORE CREDIT CORPORATION, nka**
**PERFORMANCE CREDIT COMPANY; CHASE**
**HOME FINANCE, LLC; OPTION ONE**
**MORTGAGE COMPANY; WILSHIRE CREDIT**
**CORPORATION; EMPIRE FIRE AND**
**MARINE INSURANCE COMPANY; et al.,**

    **Defendants.**

Civil Action No.: 5:11-cv-00152
(Honorable John P. Bailey)

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Don C.A. Parker, Bruce M. Jacobs, Nicholas P. Mooney II, R. Scott Adams, and the law firm of Spilman Thomas & Battle, PLLC (collectively "the Spilman attorneys"), respectfully move this Court for entry of an Order granting them leave to withdraw as counsel for the defendants Harry J. Carenbauer ("Carenbauer"); Home Loan Center, Inc., incorrectly identified as Home Loan Center, dba LendingTree Loans ("HLC"); and HLC Escrow, Inc. ("HLC Escrow"). In support of this Motion, the Spilman attorneys state as follows:

1. They previously represented Carenbauer, HLC and HLC Escrow in this civil action, but those defendants desired to change counsel.

2. Those defendants retained Randall L. Saunders and the law firm of Nelson Mullins Riley & Scarborough, LLP to represent them in this civil action in the place of the Spilman attorneys.

3. On April 1, 2013, Mr. Saunders noticed his appearance as counsel for HLC and HLC Escrow, and on June 4, 2013, he noticed his appearance as counsel for Carenbauer. Those notices did not include a motion to relieve the Spilman attorneys as counsel for those defendants. Thus, the Spilman attorneys have filed this motion.

WHEREFORE, Don C.A. Parker, Bruce M. Jacobs, Nicholas P. Mooney II, R. Scott Adams, and the law firm of Spilman Thomas & Battle, PLLC, respectfully move this Court for entry of an Order granting them leave to withdraw as counsel for defendants Carenbauer, HLC and HLC Escrow, relieving them of any duties from this date forward as counsel for those defendants, and for such other and further relief as the Court deems just and proper.

Dated: September 5, 2013.

                                                      Respectfully submitted,

                                                     **By Spilman Thomas & Battle PLLC**

                                                     */s/ Nicholas P. Mooney II*
                                                     Don C.A. Parker
                                                     Bruce M. Jacobs
                                                     Nicholas P. Mooney II
                                                     P.O. Box Box 273
                                                     Charleston, WV  25321-0273
                                                     nmooney@spilmanlaw.com

                                                     */s/ R. Scott Adams*
                                                     R. Scott Adams
                                                     110 Oakwood Drive, Suite 500
                                                     Winston-Salem, NC 27103
                                                     sadams@spilmanlaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

LIJKEL DIJKSTRA, individually,
and on behalf of other similarly situated
individuals,

      Plaintiff,

v.                                                  Civil Action No.: 5:11-cv-00152
                                                  (Honorable John P. Bailey)

HARRY J. CARENBAUER; HOME LOAN
CENTER, dba LENDINGTREE LOANS;
HLC ESCROW; LENDERS FIRST CHOICE;
ENCORE CREDIT CORPORATION, nka
PERFORMANCE CREDIT COMPANY; CHASE
HOME FINANCE, LLC; OPTION ONE
MORTGAGE COMPANY; WILSHIRE CREDIT
CORPORATION; EMPIRE FIRE AND
MARINE INSURANCE COMPANY; et al.,

      Defendants.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this the 5th day of September 2013, a true copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** was served using the CM/ECF system, which will send copies of the same to all registered users, including the following:

**Counsel for Plaintiff**

                                                  John W. Barrett, Esq.
                                                  Jonathan R. Marshall, Esq.
                                                  Bailey & Glasser, LLP
                                                  209 Capitol Street
                                                  Charleston, WV 25301
                                                  jbarrett@baileyglasser.com
                                                  jmarshall@baileyglasser.com

                                                  and

                                                  Michael A. Adams, Esq.
                                                  Hinerman & Associates, PLLC
                                                  P.O. Box 2465
                                                  Weirton, WV  26062
                                                  maa@hinermanlaw.com

| | |
|---|---|
| ***Counsel for Defendants Wilshire Credit Corporation, Merrill Lynch Mortgage Lending, Inc., and LaSalle Bank, N.A., nka Bank of America, N.A., (as Trustee for MLMI Trust Services, 2007 SDA)*** | Richard Owen, Esq.<br>Thomas R. Goodwin, Esq.<br>Johnny M. Knisely, Esq.<br>Goodwin & Goodwin, LLP<br>300 Summers Street, Suite 1500<br>Charleston, WV 25301<br>rdo@goodwingoodwin.com<br>trg@goodwingoodwin.com<br>jmk@goodwingoodwin.com<br><br>and<br><br>James F. Neale, Esq.<br>Meghan Mitchell Cloud, Esq.<br>McGuire Woods LLP<br>Court Square Building<br>310 Fourth Street, NE, Suite 30<br>P.O. Box 1288<br>Charlottesville, VA 22902-1288<br>jneale@mcguirewoods.com |
| ***Counsel for Defendants Home Loan Center, dba LendingTree Loans, And HLC Escrow*** | Randall L. Saunders, Esquire (WVSB #10162)<br>Nelson Mullins Riley & Scarborough LLP<br>P.O. Box 1856<br>949 Third Avenue, Suite 200<br>Huntington, WV 25719-1856<br>randy.saunders@nelsonmullins.com |

                                              */s/ Nicholas P. Mooney II*
                                              Nicholas P. Mooney II