UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**LIJKEL DIJKSTRA, individually,**
**and on behalf of other similarly situated**
**individuals,**

    Plaintiff,

v.                                                                                  Civil Action No.  5:11-cv-152
                                                                                        Honorable John P. Bailey, Judge

**HARRY J. CARENBAUER, et al.,**

    Defendants.

Joint Motion to Allow Additional Mediation
and for Corresponding Extension of Scheduling Order Deadlines

Now come the Parties Pursuant to Rule 6(b) and 16 of the Federal Rules of Civil Procedure, Plaintiff Lijkel Dijkstra and Defendants Home Loan Center, Inc. ("HLC"), HLC Escrow, and Harry J. Carenbauer (referred to jointly herein as "the Parties"), by and through their respective counsel, respectfully submit this motion to allow additional mediation and for a corresponding extension of scheduling order deadlines.  In support of this Motion, the Parties respectfully show unto the court the following:

    1.    The parties previously mediated the case during the summer of 2013 but were not successful in resolving the case.  With the benefit of certain developments in the case and further discussions among counsel, the Parties believe that there may be further opportunity to resolve the case if another mediation is held.  If the Court is inclined to approve this proposal, the parties have agreed to conduct the further mediation in Charlotte, North Carolina.  The parties respectfully request an adjustment of the case management deadlines to permit them to move

645205

forward with mediation without incurring the expenses of pretrial work, which could hamper settlement discussions.

2. The issue of notice to the class needs to be addressed with the Court, and sufficient time for responses, if any, from members from the class would be helpful to the court and the parties in framing class motions.

3. The parties request that the Court approve the following changes to the current deadlines set forth in its prior case management orders as follows (Dkt. Nos. 131, 137, 139 & 143) as follows:

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Close of Class and Individual Related Discovery | September 6, 2013 | September 23, 2013 |
| Deadline for the Parties to Submit a Proposed Agreed Notice to the Class to the Court or to Submit Their Respective Proposed Notices and Outlines of Positions Concerning Class Notice | N/A | September 20, 2013 |
| Deadline for Dispositive Motions | September 13, 2013 | October 14, 2013 |
| Responses | October 4, 2013 | November 4, 2013 |
| Replies | October 14, 2013 | November 20, 2013 |
| Deadline for Class Related Motions | September 13, 2013 | With 15 days after the deadline for class members to object given in the notice |
| FED.R. 26(a)(3) Disclosures | October 22, 2013 | January 10, 2014 |
| Objections | November 4, 2013 | January 24, 2014 |

| | | |
|---|---|---|
| Biographical Sketches | October 22, 2013 | January 10, 2014 |
| Voir Dire, Jury Instructions, and Verdict Form | October 22, 2013 | January 10, 2014 |
| Objections | November 4, 2013 | January 24, 2014 |
| Motions in Limine | October 22, 2013 | January 24, 2014 |
| Objections | November 4, 2013 | February 7, 2014 |
| Joint Pretrial Order | November 12, 2013 | February 14, 2014 |
| Final Pretrial Conference | November 26, 2013 | To be set by the Court in February or March 2014 |
| Trial | December 10, 2013 | To be set by the Court in March 2014 |

4.     The parties respectfully submit that good cause exists to grant the requested extension of deadlines.

WHEREFORE, the Parties respectfully request that the Court amend the existing case management deadlines (Dkt. Nos. 131, 137, 139, 143 & 148) as set forth herein.

Respectfully jointly submitted,

BAILEY & GLASSER, LLP

*/s/ Jonathan R. Marshall*_____
Jonathan R. Marshall, Esq. (WV Bar No. 7289)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV  25301
Phone: (304) 345-6555

645205                                                                  3

       and

Michael A. Adams, Esq.
Hinerman & Associates, PLLC
P. O. Box 2465
Weirton, WV 26062
maa@hinermanlaw.com

*Counsel for Plaintiff*


NELSON MULLINS RILEY & SCARBOROUGH LLP

*/s/ Randall L. Saunders*
Randall L. Saunders (WV Bar No. 10162)
NELSON MULLINS RILEY & SCARBOROUGH LLP
949 Third Avenue / Suite 200
Huntington, WV 25701
Phone: (304) 526-3500

*Counsel for Defendants Home Loan Center,*
 *HLC Escrow, and Carenbauer*

645205                   4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**LIJKEL DIJKSTRA, individually,**
**and on behalf of other similarly situated**
**individuals,**

     Plaintiff,

v.                                                                Civil Action No.  5:11-cv-152
                                                                    Honorable John P. Bailey, Judge

**HARRY J. CARENBAUER, et al.,**

     Defendants.

## Certificate of Service

     I certify that on September 6, 2013 **Joint Motion to Allow Additional Mediation and for Corresponding Extension of Scheduling Order Deadlines** was served on counsel of record through the CM/ECF System, which will notify following CM/ECF participants:

          Randall L. Saunders (WV Bar No. 10162)
          NELSON MULLINS RILEY & SCARBOROUGH LLP
          949 Third Avenue / Suite 200
          Huntington, WV  25701
          Phone:  (304) 526-3500


          *s/ Jonathan R. Marshall*
          Jonathan R. Marshall

645205